# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW MOYNIHAN,** *et al.* | : | CIVIL ACTION |
| *Plaintiffs, pro se* | : | |
| | : | NO. 19-648 |
| **v.** | : | |
| | : | |
| **THE WEST CHESTER AREA** | : | |
| **SCHOOL DISTRICT** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 6th day of April 2020, upon consideration of Defendant's *motion to dismiss*, [ECF 14], Plaintiffs' response thereto, [ECF 16], and the allegations in Plaintiffs' complaint, [ECF 3], for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendant's motion is **GRANTED**, in part, with respect to the component of Plaintiffs' claim seeking injunctive relief and, therefore, this component of the claim is dismissed for lack of subject-matter jurisdiction;
2. Defendant's motion is **GRANTED**, in part, with respect to the component of Plaintiffs' claim seeking compensatory damages and, therefore, this component of the claim is dismissed;
3. Defendant's motion is **GRANTED**, in part, with respect to the component of Plaintiffs' claim seeking reimbursement for medication and, therefore, this component of the claim is dismissed; and
4. Defendant's motion is **DENIED**, in part, with respect to the component of Plaintiffs' claim seeking reimbursement for therapeutic services.

Defendant has fourteen (14) days from the date of this Order to file an answer to Plaintiffs' remaining claim.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*