IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW MOYNIHAN and KAREN MOYNIHAN | : | CIVIL ACTION |
| *Plaintiffs, pro se* | : : | NO. 19-0648 |
| v. | : : | |
| THE WEST CHESTER AREA SCHOOL DISTRICT | : : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 18th day of March 2022, upon consideration of the *supplemental motion for summary judgment/judgment on the administrative record*, [ECF 48], filed by Defendant The West Chester Area School District (the "School District"), and the *brief and supplemental motion for summary judgment*, [ECF 52], filed by Plaintiffs Andrew and Karen Moynihan ("Parents"), and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. The School District's supplemental motion for summary judgment is **GRANTED**; and

2. Parents' supplemental motion for summary judgment is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*